**Russell Charles TAYLOR, Appellant, v. UNITED STATES of America, Appellee.**

No. 11590.

United States Court of Appeals
Sixth Circuit.

Oct. 27, 1952.

Milton R. Henry, Pontiac, Mich., and Herman D. Stallings, Detroit, Mich., for appellant.

John J. Kane, Jr., Cleveland, Ohio, and Marcus L. Friedman, Toledo, Ohio, for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on the transcript of record, the briefs of the parties, and the argument of counsel in open court; and it appearing that there was no error in the admission of evidence or any rulings thereon by the trial court; and that the conviction of appellant was sustained by the evidence;

And it appearing further that the District Court was not in error and did not abuse its discretion in refusing to sentence appellant in accordance with the provisions of Title 18 U.S.C.A. § 5010, known as the Youth Offenders Act; and the court being duly advised;

Now, therefore, it is ordered, that the judgment of the District Court be and is hereby affirmed.

**Roland P. PLACE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11527.

United States Court of Appeals
Sixth Circuit.

Oct. 21, 1952.

Robert M. Drysdale, Detroit, Mich., for petitioner.

Charles S. Lyon, Ellis N. Slack, and Melva M. Graney, Washington, D. C., for respondent.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decision appealed from be and the same is hereby affirmed on the findings of fact and conclusions of law of the Tax Court of the United States. 17 T. C. 199.